■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVANNY CINTRON, Appellant. [39 NYS3d 763]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J., at plea; Daniel P. FitzGerald, J., at sentencing), rendered December 18, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Saxe, Feinman and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN FISHER, Appellant. [39 NYS3d 763]—Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered October 16, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [1st Dept 2016]), we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Renwick, Saxe, Feinman and Kahn, JJ.